IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHNNIE CASEY,

    Plaintiff,

v.                                       CASE NO. 5:24cv112-RH-MJF

FLORIDA DEPARTMENT OF
REVENUE CHILD SUPPORT
PROGRAM et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 6. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice for failure to comply with court orders and failure to prosecute." The clerk must close the file.

SO ORDERED on November 14, 2024.

s/Robert L. Hinkle
United States District Judge